| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) CHESLER, STANLEY R. | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address FRANK R. LAUTENBERG U.S. COURTHOUSE & POST OFFICE BUILDING 2 FEDERAL SQUARE NEWARK, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Chesler, Stanley R.**

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | K HOVNANIAN ENTERPRISES |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Assoc. | 3/26/10 to 3/27/10 | New York, NY | Meeting of Professional Organization | Lodging and meal |
| 2. | George Mason University Law School, Law & Economics Center | 11/11/2010 to 11/17/2010 | Captiva, FL | Educational Seminar | Lodging, meals and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Midcap Fund | A | Dividend | J | T | | | | | |
| 2. Banco Popular, Brooklyn, NY | C | Interest | N | T | | | | | |
| 3. U.S. Treasury Bills Fed. Reserve Bank of NY | A | Interest | J | T | | | | | |
| 4. Bank of America | C | Interest | M | T | | | | | |
| 5. J.P. Morgan US Govt Money Market Fund | A | Dividend | M | T | | | | | |
| 6. Invesco 500 Index Fund | A | Dividend | M | T | | | | | |
| 7. Port Authority of NY & NJ Bond | A | Interest | J | T | | | | | |
| 8. ING Direct Bank Money Market & CDs | C | Interest | M | T | | | | | |
| 9. Clinton Twp. NJ Bond | A | Interest | J | T | | | | | |
| 10. California State Bond | A | Interest | K | T | | | | | |
| 11. Port Authority of NY & NJ Bond | A | Interest | | | Redeemed | 09/15/10 | J | A | |
| 12. West Orange, NJ Board of Ed. Bond | A | Interest | K | T | | | | | |
| 13. California State Bond | A | Interest | J | T | | | | | |
| 14. Port Authority Bond | A | Interest | J | T | | | | | |
| 15. West Orange, NJ Board of Ed. Bond | A | Interest | J | T | | | | | |
| 16. Black Rock S& P 500 Index Fund | A | Dividend | K | T | | | | | |
| 17. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 01/05/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 02/03/10 | J | | |
| 19. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 03/03/10 | J | | |
| 20. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 04/06/10 | J | | |
| 21. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 05/04/10 | J | | |
| 22. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 06/03/10 | J | | |
| 23. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 07/06/10 | J | | |
| 24. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 08/03/10 | J | | |
| 25. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 09/03/10 | J | | |
| 26. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 10/05/10 | J | | |
| 27. Fidelity Spartan 500 Index Fund | | Dividend | | | Buy | 11/03/10 | J | | |
| 28. Fidelity Spartan 500 Index Fund | B | Dividend | L | T | Buy | 12/03/10 | J | | |
| 29. Fidelity N.J. Muni Money Market Fund | A | Dividend | J | T | | | | | |
| 30. Port Authority of NY and NJ Bond | B | Interest | K | T | | | | | |
| 31. S. Jersey Trans AT Bond | B | Interest | K | T | | | | | |
| 32. NJ State Ed FACS Bond | A | Interest | K | T | | | | | |
| 33. NJ State Ed FACS Bond | C | Interest | L | T | | | | | |
| 34. S. Jersey Trans AT Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Livingston School Dist. Bond | A | Interest | J | T | | | | | |
| 36. NJ Trans TR Bond | C | Interest | K | T | | | | | |
| 37. Port Authority of NY & NJ Bond | B | Interest | K | T | | | | | |
| 38. Port Authority of NY & NJ Bond | B | Interest | K | T | | | | | |
| 39. NJ Building Authority Bond | B | Interest | L | T | | | | | |
| 40. Bergen County Util. Authority Bond | B | Interest | L | T | | | | | |
| 41. Merrill Lynch CMA NJ Muni Market | A | Dividend | J | T | | | | | |
| 42. Fidelity NJ AMT Money Market FD | A | Dividend | | | Closed | 07/02/10 | J | A | |
| 43. NJ State Bond | A | Interest | J | T | | | | | |
| 44. California State Bond | A | Interest | J | T | | | | | |
| 45. Puerto Rico Power Authority Bond | A | Interest | J | T | | | | | |
| 46. Highland Park School Dist. Bond | A | Interest | K | T | | | | | |
| 47. NJ Transit Bond | B | Interest | K | T | | | | | |
| 48. California State Bond | A | Interest | J | T | | | | | |
| 49. California State Bond | A | Interest | J | T | | | | | |
| 50. Capital One Bank | B | Interest | N | T | | | | | |
| 51. Met Life Bank | B | Interest | | | Closed | 10/08/10 | L | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ally Bank | B | Interest | | | Closed | 11/14/10 | L | A | |
| 53. Port Authority of NY & NJ Bond | A | Interest | K | T | | | | | |
| 54. Bayonne NJ Gen. Improvement Bond | A | Interest | J | T | | | | | |
| 55. FIA Card Services RASP | A | Interest | J | T | | | | | |
| 56. I Shares Barclay TIPS | C | Interest | M | T | Buy | 03/22/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V = Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Income and gross value for all Fidelity Spartan 500 Index Fund holdings (Lines 17 to 28) are reported at Line 28.

The Treasury Bills reported at Line 3 of this report correspond to the Treasury Bills reported at Line 5 of my Financial Disclosure Report for Calendar Year 2009 ("2009 Report"). The 2009 Report erroneously indicated the redemption of all the Treasury Bills on 12/31/09. The 2009 Report should be amended to reflect remaining Treasury Bills with interest earned in 2009 as code "A", value at the end of the reporting period as code "J" and the valuation method as code "T".

The Evergreen Fund reported at Line 1 of the 2009 Report merged into the Wells Fargo Fund reported at Line 1 of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **STANLEY R. CHESLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544